UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CINDY MUCKRIDGE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 1:15-cv-00504-SEB-DML ) |
| INDIANAPOLIS PUBLIC SCHOOL CORPORATION, | ) ) ) ) |
| Defendant. | ) |

# FINAL JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against all Plaintiff.

IT IS SO ORDERED.

Date: 1/11/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Benjamin R. Aylsworth
BIESECKER DUTKANYCH & MACER LLC
baylsworth@bdlegal.com

Craig M. Borowski
FAEGRE BAKER DANIELS LLP (Indianapolis)
craig.borowski@faegrebd.com

Ryann E. Ricchio
FAEGRE BAKER DANIELS LLP (Indianapolis)
ryann.ricchio@faegrebd.com